**SO ORDERED.**

**SIGNED this 19th day of April, 2018.**




UNITED STATES BANKRUPTCY JUDGE

---

C-13-15A(Order)
(Rev. 11/06)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| HASSELL, EDWARD LEROI | xxx-xx-7603 ) | | |
| HASSELL, PAMELA HARTMAN | xxx-xx-6418 ) | No: | 17-11385   C-13G |
| 1524 W DAVIS ST | ) | | |
| BURLINGTON, NC 27215 | ) | | |
| Debtors | ) | | |

### ORDER

   This matter coming before the Court upon the motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtors, for an Order to be entered increasing the arrearage claim of Ocwen Loan Servicing, LLC in reference to Claim 7 on the mortgage account with last four digits 8585 by $1,141.18 to include the January 2018 and February 2018 monthly mortgage payments in the arrearage claim without prejudice to an objection being filed to the mortgage claim of Ocwen Loan Servicing, LLC; and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 16, 2018 by the Clerk of Court setting April 16, 2018 as the deadline for filing objections to the motion and the Court, after considering the motion, finds the motion should be allowed; therefore, it is

   ORDERED, that the arrearage claim of Ocwen Loan Servicing, LLC is increased by $1,141.18 to include the January 2018 and February 2018 monthly mortgage payments in the arrearage claim without prejudice to an objection being filed to the mortgage claim of Ocwen Loan Servicing, LLC.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
17-11385 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

EDWARD LEROI HASSELL
1524 W DAVIS ST
BURLINGTON, NC 27215

PAMELA HARTMAN HASSELL
1524 W DAVIS ST
BURLINGTON, NC 27215

SHERRI LYNN HAMLETT ESQ
P O DRAWER 59
BURLINGTON, NC 27216

OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH, FL 33416−4605

MICHAEL JAY EMREY ESQ
SHAPIRO & INGLE, LLP
10130 PERIMETER PKW STE 400
CHARLOTTE, NC 28216